UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

R. JAMES FACHTMANN,

CASE NO.: 20-60748-CIV-ALTMAN/Hunt

Plaintiff,

v.

R. RICHARD FACHTMANN, and
JACQUELYNN FACHTMANN,
Defendant.
_____/

## NOTICE TO CLERK OF FILING SYSTEM ERROR

Please be advised that, when DEFENDANTS file their motion to dismiss, the ECF filing system refuses to permit DEFENDENTS' counsel to select any of the named DEFENDANTS as a "filer". AS a result, all DEFENDANTS papers filed in this action are ECF labeled "filed by" the PLAINTIFF.

**Dated: __Jan 29_____ , 2021**

Respectfully submitted,

**THE CONCEPT LAW GROUP, P.A.**
*Counsel for Plaintiffs*
6400 North Andrews Avenue, Suite 500
Fort Lauderdale, Florida 33309
Telephone: 754-300-1500
Facsimile: 754-300-1501

By:   */s/ Robert C. Kain, Jr.*
        Robert C. Kain, Jr.
        Florida Bar No. 266760
        rkain@conceptlaw.com

## CERTIFICATE OF SERVICE

1

      I HEREBY CERTIFY that on _Jan. 29_____, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

Matthew Seth Sarelson, Esq.
Florida Bar 888281
Matthew Seth Sarelson, P.A.
2100 Ponce de Leon Blvd., Suite 1290
Coral Gables, Florida 33134
Ph: 305.773.1952
Email: msarelson@sarelson.com

                              */s/RobertKain*
                              Robert C. Kain, Jr., Esq.
                              Florida Bar No. 266760